1024

[No. 19681-6-II.    Division Two.    December 6, 1996.]
SUPERIOR ASPHALT & CONCRETE COMPANY, *Appellant,*
v. THE DEPARTMENT OF LABOR & INDUSTRIES, ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 89-2-00341-1, Paula Casey, J., entered June 9, 1995. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Bridgewater and Armstrong, JJ. Now published at 84 Wn. App. 401.

[No. 19684-1-II.    Division Two.    December 6, 1996.]
THE STATE OF WASHINGTON, *Respondent,* v. JOHN D.
GAMES, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 94-1-01451-3, W. Thomas McPhee, J., entered June 29, 1995. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Armstrong, J.

[No. 35915-1-I.    Division One.    December 9, 1996.]
THE STATE OF WASHINGTON, *Respondent,* v. C.D.,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 94-8-03101-7, J. Kathleen Learned, J., entered December 29, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35972-0-I.    Division One.    December 9, 1996.]
THE STATE OF WASHINGTON, *Appellant,* v. RAMONA
BRIDGETT UPHAM, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-05539-5, Richard A. Jones, J., entered December 29, 1994. *Reversed* by unpublished opinion per Armstrong, J. Pro Tem., concurred in by Baker, C.J., and Coleman, J.